UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RAYMOND JENKINS,

                    Plaintiff,

   vs.

UNITED STATES OF AMERICA,

                    Defendant.

NO.  CV-11-470-JPH

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING ACTION FOR FAILURE
TO COMPLY WITH FILING FEE
REQUIREMENTS

Magistrate Judge Hutton filed a Report and Recommendation on March 9, 2012,
recommending this action be dismissed because Mr. Jenkins had failed to comply with
the filing fee requirements of 28 U.S.C. §§ 1914(a) and 1915(a).  Mr. Jenkins initiated
this action while incarcerated at the California Rehabilitation Center in Norco,
California.

On March 12, 2012, the Court received Plaintiff's Application to Proceed *in forma
pauperis*.  He failed, however, to provide a six month statement of his inmate account as
required by 28 U.S.C. § 1915(a)(2).  Therefore, Mr. Jenkins failed to fully comply with
the Court's directives.

On March 12, 2012, Plaintiff had also provided an unsigned letter indicating his
new address was a P.O. Box in Barstow, California.  A copy of the Report and
Recommendation, ECF No. 4, was sent to Mr. Jenkins at that address and the deadline

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
ACTION -- 1

for filing objections was re-set to March 26, 2012.  On March 19, 2012, the copy of the Report and Recommendation sent to Mr. Jenkins at the California Rehabilitation Center in Norco, California, was returned as "undeliverable" with the notation "discharged 2/22/12."

Although granted the opportunity to file objections, Mr. Jenkins did not do so, and has filed nothing further in this action.  Accordingly, the Court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee requirements.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this____6th____day of April, 2012.


*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2