AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RAYMOND JENKINS,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-470-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee requirements.

| | |
|---|---|
| April 6, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |